# UNITED STATES DISTRICT COURT
для the
_____ District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17mj671 CWH |
| Terrill Smith | ) | |
| _Defendant_ | ) | Charging District: District of Arizona |
| | ) | Charging District's Case No. CR-16-734-PHX |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court Phoenix, AZ | Courtroom No.: 302 |
|---|---|
| | Date and Time: July 20, 2017; 3PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 29, 2017

_Judge's signature_

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_Printed name and title_



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1